UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAX ROBINSON,

    Plaintiff,

vs.

CORPORATE EXPRESS, INC., and DOES 1 through 10, inclusive

    Defendants.

Case No.: C05-01720 WHA

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

Complaint Filed: January 6, 2005

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☐ ENE    ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

Dated: 6/24/05

_____
Attorney for Plaintiff

Dated: June 24, 2005

_____
Attorney for Defendant

IT IS SO ORDERED:

Dated: July 15, 2005

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

1

1
2

*Robinson v. Corporate Express, et al.*
U.S. District Court - Northern District of California Case No.: C05-01720 WHA

3
4

**ATTACHMENT TO STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS / ADR CERTIFICATION**

5
6

Regarding the stipulated ADR process of mediation, the parties seek to mediate this matter within thirty (30) to forty-five (45) days.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28