**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MAX ROBINSON,                              No. C 05-01720 WHA

11              Plaintiff,

12      v.                                       **ORDER GRANTING**
                                                 **CONTINUANCE OF CASE**
13   CORPORATE EXPRESS, INC., and                **MANAGEMENT CONFERENCE**
     DOES 1–10, inclusive,                       **AND EXTENDING DEADLINE**
14                                               **FOR FRCP 26 INITIAL**
              Defendants.                        **DISCLOSURES**
15   _____/

16

17          Upon stipulation of the parties, the Court GRANTS counsel's request to continue the case

18   management conference to SEPTEMBER 8, 2005, AT 11:00 A.M.  A joint case management

19   statement is due at least SEVEN DAYS PRIOR.  Counsel are reminded that FRCP 26 disclosures

20   do not require production of materials disclosed.  Nevertheless, the deadline for which to

21   complete initial disclosures is extended to SEPTEMBER 8, 2005.  PLEASE NOTE THAT THERE

22   WILL BE NO FURTHER EXTENSIONS.

23          **IT IS SO ORDERED.**

24

25   Dated:   July 21, 2005.                     _____
                                                 WILLIAM ALSUP
26                                               UNITED STATES DISTRICT JUDGE

27

28