1  JEAN K. HYAMS, ESQ., State Bar No. 144425
   LESLIE F. LEVY, ESQ., State Bar No. 104634
2  DARCI E. BURRELL, ESQ., State Bar No. 180467
   BOXER & GERSON, LLP
3  300 Frank H. Ogawa Plaza, Suite 500
   Oakland, California 94612
4  Telephone: (510) 835-8870
   Facsimile: (510) 835-0415
5  E-mail: courtmail@boxerlaw .

6  Attorneys for Plaintiff

7

8

9                    UNITED STATES DISTRICT COURT

10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  MAX ROBINSON                     )  Case No. C05-01720 WHA
                                     )
13          Plaintiff,               )  **STIPULATION AND ORDER FOR**
                                     )  **DISMISSAL**
14       v.                          )
                                     )
15  CORPORATE EXPRESS, INC., and DOES 1  )  Complaint Filed: January 6, 2005
    through 10, inclusive            )
16                                   )
            Defendants.              )
17                                   )

18          IT IS HEREBY STIPULATED by and between the parties to this action through their

19  counsel that the above-captioned action be dismissed with prejudice pursuant to FRCP 41 (a)(1)

20  with each party to bear its own attorneys fees and costs.

21          The Court will retain jurisdiction to enforce the settlement agreement for only 90 days.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
                                    1
    STIPULATION AND ORDER FOR DISMISSAL – CASE NO.: C05-01720 WHA

1 | Dated:  September 13, 2005                    Respectfully Submitted,

2 |                                               BOXER & GERSON, LLP

3 |
                                                  _____s/s_____
4 |                                               Jean K. Hyams, Esq.
                                                  Attorney for Plaintiff
5 |
    Dated:  September 20, 2005                    SEYFARTH SHAW LLP
6 |

7 |                                               _____s/s_____
                                                  Patricia H. Cullison
8 |                                               Attorneys for Defendants

9 |                                  **ORDER**

10 |
    The case management conference, currently scheduled for **SEPTEMBER 22, 2005 AT 2 P.M.**, is
11 |
    **VACATED**.  IT IS SO ORDERED.
12 |

13 |

14 |

15 |

16 | Dated:  September 20, 2005                    _____
17 |                                               Judge William Alsup

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |
                                          2
    STIPULATION AND ORDER FOR DISMISSAL – CASE NO.: C05-01720 WHA